UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BARRY LAFLEUR,<br>Defendant. | Cr. No. __1:22CR24WES-LDA__<br><br>In violation of 18 U.S.C. § 875(c). |

## INDICTMENT

The Grand Jury charges that:

### Introduction

At all times relevant to this Indictment, unless otherwise stated herein:

1. For approximately 23 years, the defendant, BARRY LAFLEUR, was employed by the city of Warwick Fire Department (WFD). In or about 2014, LAFLEUR had disputes with the management of WFD, leading him to write 37 emails to the WFD Chief; many of these emails contained implied and actual threats.

2. Thereafter, on numerous occasions from 2017 into 2022, LAFLEUR made numerous statements in foreign and interstate commerce threatening to injure various Warwick officials.

3. In or about September 2021, LAFLEUR caused the following message to be posted on the internet in an article on Yahoo.com, a web services provider operating in interstate and foreign commerce:

> "I was injured while fighting a fire. The city did not want to pay me specifically, so i was accused of threatening to kill a public official with an

ak47. My new job is to kill public officials and police in Rhode Island. Especially the mayor, police and fire chiefs in Warwick. Somebody has to kill them, I am not too busy. I no longer have a home, or job, or life to speak of, but I do have plenty of time, and a mandate."

4. In or about September, 2021, in the District of Rhode Island, the defendant,

BARRY LAFLEUR,

knowingly and willfully transmitted in interstate and foreign commerce, the communication described in paragraph 3 above, and the communication contained a true threat to injure Warwick city officials.

All in violation of Section 875(c) of Title 18 of the United States Code.

A TRUE BILL:

Grand Jury Foreperson

ZACHARY A. CUNHA
United States Attorney

TERRENCE P. DONNELLY
Assistant U.S. Attorney

LEE H. VILKER
Assistant U.S. Attorney
Deputy Criminal Chief

Date: 2/23/2022